Parveen Tumber- State Bar No. 255874
**TUMBER LAW FIRM**
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 572-0414
pt@tumberlaw.com

Attorney for Plaintiff, ANA MONTALVAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA MONTALVAN,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. and DOES ONE THROUGH TEN,<br><br>  Defendants. | Case No.: 3:17 CV 03620 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD: Plaintiff in this matter voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED: 7/18/2017

TUMBER LAW FIRM

BY: _____
PARVEEN TUMBER, ESQ.
Attorney for Plaintiff, ANA MONTALVAN