1  Parveen Tumber- State Bar No. 255874
   **TUMBER LAW FIRM**
2  1104 Corporate Way
   Sacramento, CA 95831
3  Telephone: (916) 572-0414
4  pt@tumberlaw.com

5  Attorney for Plaintiff, ANA MONTALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA MONTALVAN, | Case No.: CV- 17- 3620 MEJ |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. and DOES ONE THROUGH TEN, | |
| Defendants. | |

////

# PROOF OF SERVICE

I, Parveen K. Tumber, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1104 Corporate Way, Sacramento, California, 95831.

On July 18, 2017, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the parties listed below as follows:

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. via attorneys of record named below:

**Littler Mendelson**
**Theodora Lee**
Treat Towers, 1255 Treat Blvd, Suite 600,
Walnut Creek, CA 94597
925.927.4524 (direct) |
415.743.6770 (e-fax)
510.604.5015 (mobile)
Email: tlee@littler.com

[X] **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

[ ] **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

[ ] **By email:** pursuant to stipulation of the parties and order of the Court, causing to be emailed a true copy thereof to the addressees listed herein.

[ ] **By Federal Express** or overnight courier.

[ ] **By Hand** to the persons identified above.

///
///
///

I declare under penalty of perjury under the laws of the State of California and the Unites States that the foregoing is true and correct.

Executed on July 18, 2017, at West Sacramento, California.

BY: _____
PARVEEN TUMBER, ESQ.
Attorney for Plaintiff, ANA MONTALVAN